**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Northern(Santa Barbara) DIVISION**

In re: CHINACODE, INC. § Case No. 9:16-BK-10922
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Sandra K. McBeth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $62,850.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,598,363.78 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $606,192.22 | | |

3) Total gross receipts of $6,206,766.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,210.00 (see **Exhibit 2**), yielded net receipts of $6,204,556.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,677,775.00 | $5,562,818.17 | $5,562,818.17 | $5,562,818.17 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $572,114.27 | $572,114.27 | $572,114.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $34,077.95 | $34,077.95 | $34,077.95 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $48,500.00 | $30,172.59 | $30,172.59 | $27,962.59 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $206,603.00 | $259,573.30 | $7,583.02 | $7,583.02 |
| **TOTAL DISBURSEMENTS** | $4,932,878.00 | $6,458,756.28 | $6,206,766.00 | $6,204,556.00 |

4) This case was originally filed under chapter 11 on 05/16/2016, and it was converted to chapter 7 on 09/21/2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   02/14/2018                   By:  /s/ Sandra K. McBeth
                                            Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Net Rents post-conversion, pre-sale of property | 1222-000 | $13,045.26 |
| 3250 VIA REAL & 3282 VIA REAL, CARPINTERIA CA | 1110-000 | $6,150,000.00 |
| Funds held in suspense by lender | 1290-000 | $43,161.50 |
| WELLS FARGO CHECKING ACCOUNT #5125 | 1129-000 | $0.33 |
| DIP Account Wells Fargo 5117 | 1290-010 | $70.63 |
| Utility Refund | 1290-000 | $334.75 |
| SECURITY DEPOSIT WITH SOUTHERN CALIFORNIA EDISON | 1129-000 | $153.53 |
| **TOTAL GROSS RECEIPTS** | | **$6,206,766.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| U.S. Bankruptcy Court - United States Bankruptcy Court | Deposit of unclaimed dividends | 8200-001 | $2,210.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$2,210.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | County Property Tax | 4700-000 | NA | $202,933.26 | $202,933.26 | $202,933.26 |
| | County Taxes | 4700-000 | NA | $24,611.25 | $24,611.25 | $24,611.25 |
| | EDD tax lien | 4800-000 | NA | $2,210.00 | $2,210.00 | $2,210.00 |
| | First Mortgage | 4110-000 | NA | $4,220,461.54 | $4,220,461.54 | $4,220,461.54 |
| | Second Mortgage | 4110-000 | NA | $1,112,602.12 | $1,112,602.12 | $1,112,602.12 |
| N/F | First Republic Bank | 4110-000 | $997,615.00 | NA | NA | NA |
| N/F | Lone Oak | 4110-000 | $3,680,160.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,677,775.00** | **$5,562,818.17** | **$5,562,818.17** | **$5,562,818.17** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Sandra K. McBeth | 2100-000 | NA | $194,765.14 | $194,765.14 | $194,765.14 |
| Trustee, Expenses - Sandra K. McBeth | 2200-000 | NA | $838.50 | $838.50 | $838.50 |
| Fees, United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| Bond Payments - BOND | 2300-000 | NA | $68.67 | $68.67 | $68.67 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Carpinteria Valley Water District | 2500-000 | NA | $2,283.34 | $2,283.34 | $2,283.34 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Escrow Fees | 2500-000 | NA | $9,332.50 | $9,332.50 | $9,332.50 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Title Fees | 2500-000 | NA | $5,759.00 | $5,759.00 | $5,759.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,403.29 | $3,403.29 | $3,403.29 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) - Griffith & Thornburgh, LLP | 3210-000 | NA | $43,589.50 | $43,589.50 | $43,589.50 |
| Attorney for Trustee Expenses (Other Firm) - Griffith & Thornburgh, LLP | 3220-000 | NA | $2,837.23 | $2,837.23 | $2,837.23 |
| Accountant for Trustee Fees (Other Firm) - M. Kathleen Klein, CPA | 3410-000 | NA | $1,340.00 | $1,340.00 | $1,340.00 |
| Accountant for Trustee Expenses (Other Firm) - M. Kathleen Klein, CPA | 3420-000 | NA | $72.10 | $72.10 | $72.10 |
| Realtor for Trustee Fees (Real Estate Commissions) - Seller Agent Commission | 3510-000 | NA | $307,500.00 | $307,500.00 | $307,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$572,114.27** | **$572,114.27** | **$572,114.27** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - Hollister & Brace | 6210-160 | NA | $31,735.50 | $31,735.50 | $31,735.50 |
| Attorney for D-I-P Expenses - Hollister & Brace | 6220-170 | NA | $2,342.45 | $2,342.45 | $2,342.45 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$34,077.95** | **$34,077.95** | **$34,077.95** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-5 | Internal Revenue Service | 5800-000 | $25,000.00 | $19,812.59 | $19,812.59 | $19,812.59 |
| 2P | Employment Development Department | 5800-000 | $3,500.00 | $2,210.00 | $2,210.00 | $0.00 |
| 5P | Rolando Vega | 5600-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| 6 | Manuel Fuentes | 5600-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| 7-3 | MANUEL VEGA | 5600-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| 8 | VICTOR COLIN | 5600-000 | NA | $1,375.00 | $1,375.00 | $1,375.00 |
| 9 | SALOMON GARCIA | 5600-000 | NA | $1,375.00 | $1,375.00 | $1,375.00 |
| N/F | US Treasury | 5800-000 | $20,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$48,500.00** | **$30,172.59** | **$30,172.59** | **$27,962.59** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-5 | Internal Revenue Service | 7100-000 | NA | $6,163.26 | $6,163.26 | $6,163.26 |
| 2U | Employment Development Department | 7100-000 | NA | $1,419.76 | $1,419.76 | $1,419.76 |
| 3-3 | Via Real Carpenteria | 7100-000 | NA | $164,267.00 | $0.00 | $0.00 |
| 4-3 | Henry Hagen Tax CollectorCounty of Santa Barbara | 7100-000 | $192,303.00 | $87,723.28 | $0.00 | $0.00 |
| N/F | Tenant rental security deposits | 7100-000 | $14,300.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$206,603.00** | **$259,573.30** | **$7,583.02** | **$7,583.02** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 9:16-BK-10922 | Trustee Name: | (007780) Sandra K. McBeth |
|---|---|---|---|
| Case Name: | CHINACODE, INC. | Date Filed (f) or Converted (c): | 09/21/2016 (c) |
| | | § 341(a) Meeting Date: | 10/24/2016 |
| For Period Ending: | 02/14/2018 | Claims Bar Date: | 01/23/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO CHECKING ACCOUNT #5125 | 50.00 | 50.00 | | 0.33 | FA |
| 2 | SANDPIPER PROPERTY MANAGEMENT - OWNER RESERVE | 250.00 | 250.00 | | 0.00 | FA |
| 3 | TURNKEY VACATION RENTALS - OWNER | 0.00 | 0.00 | | 0.00 | FA |
| 4 | SECURITY DEPOSIT WITH CARPINTERIA VALLEY WATER DISTRICT<br>None remaining, sums due and paid. | 2,600.00 | 2,600.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSIT WITH SOUTHERN CALIFORNIA EDISON | 205.00 | 205.00 | | 153.53 | FA |
| 6 | ACCOUNTS RECEIVABLE (UNCOLLECTIBLE) (u) | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 7 | 3250 VIA REAL & 3282 VIA REAL, CARPINTERIA CA | 8,600,000.00 | 3,922,225.00 | | 6,150,000.00 | FA |
| 8 | Net Rents post-conversion, pre-sale of property (u)<br>Rents from Sandpiper property management, paid post-conversion and prior to sale of real property. | 0.00 | 13,045.26 | | 13,045.26 | FA |
| 9 | Utility Refund (u) | 0.00 | 0.00 | | 334.75 | FA |
| 10 | Funds held in suspense by lender (u) | 0.00 | 0.00 | | 43,161.50 | FA |
| 11 | DIP Account Wells Fargo 5117 (u) | 0.00 | 70.63 | | 70.63 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$8,663,105.00** | **$3,998,445.89** | | **$6,206,766.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 9:16-BK-10922  
**Case Name:** CHINACODE, INC.  
**For Period Ending:** 02/14/2018

**Trustee Name:** (007780) Sandra K. McBeth  
**Date Filed (f) or Converted (c):** 09/21/2016 (c)  
**§ 341(a) Meeting Date:** 10/24/2016  
**Claims Bar Date:** 01/23/2017

**Major Activities Affecting Case Closing:**

For period ending 3/31/17: Real property within days of foreclosure when case converted from Chapter 11. Counsel employed, broker previously employed and Debtor's counsel had withdrawn. Negotiated sale of property very quickly and had hearing on short notice, with possible overbid. Buyers formed partnership and initial overbid succesful. Closed escrow for price of $6,150,000 with net to the estate of approximately $265000. Final rents and suspense funds paid to the estate from property manager and lender, investigated funds diverted by Debtor's principal and filed and resolved necessary claims objections. Paid final utilities with cash disburse order. CPA employed, tax returns filed, no tax issues.

For period ending 3/31/17:
1. Application to Employ Griffith & Thornburg as counsel for estate nunc pro tunc to September 21, 2016 filed.
2. Motion to sell real property (3250-3282 Via Real, Carpinteria CA) free and clear of liens filed.
3. Application to Employ K. Klein as CPA for estate filed.
4. Cash Disb Motion filed to pay water bills and misc utilities after sale of real property
5. POC filed by county for property tax, appear to have been paid by escrow. Forwarded to counsel with closing statement.65. Stipulation signed re funds held in suspense, and motion filed to approve.
6. Stipulation with USI and Lone Oak Fund re turnover of funds filed.
7. Objection to Claims #3,4,7 filed. Hearing set for 4/4/17
8. Order sustaining all objections entered prior to hearing due to no response.
9. CPA advised to finalize and file final tax return, then notice to prof.
10. Claims docket updated, all claims reviewed and corrected in system.

For period ending 3/31/18
11. Final estate returns received, signed and mailed. Cash disbursement motion filed to pay State.
12. Request for court costs filed. Notice to Pay Court Costs Due $0
13. Notice to Professionals filed.
14. Cash Disbursement Motion to pay state tax return filed.
15. Final Fee Application filed by Griffith & Thornburgh. Claim created.
16. Federal Tax clearance letter received.
17. Final Fee Application filed by CPA Klein. Claim created.
18. Franchise Tax Board payment returned as already paid.
19. EDD payment returned, already paid. Creates a surplus due to request for fees and reduction by trustee. Funds to be sent to Debtor in care of counsel. Case was not a surplus prior to this.

---

9/21/16 - Order converting case to Chapter 7.
10/7/16 - Order approving sale of real property (3250-3282 Via Real, Carpinteria CA), $6,150,000. Entered.
10/11/16 - Order approving employment of Griffith & Thornburg, nunc pro tunc to September 21, 2016. Entered.
10/18/16 - Order approving employment of K. Klein as CPA entered. Periodic review of case and update.
11/30/16 - email to counsel re additional information still not received. Email to Shannon Conn re Muse rental agreement.
11/17/16 - Order granting cash disbursement motion to pay to pay water bills and misc utilities after sale of real property
3/10/17 - criminal referral made to UST re Mr. Wang
3/23/17 - Order sustaining all claims objections entered. Periodic review of case and update.
4/5/17 - Estate's final returns. Mailed.
4/25/17 - Order approving Cash Disbursement Motion to pay state tax return entered.
5/8/17 - Federal Tax clearance, return accepted. Received.

**Current Projected Date Of Final Report (TFR):** 06/12/2017 (Actual)    **Initial Projected Date Of Final Report (TFR):** 12/15/2017

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 9:16-BK-10922  
**Case Name:** CHINACODE, INC.

**Trustee Name:** (007780) Sandra K. McBeth  
**Date Filed (f) or Converted (c):** 09/21/2016 (c)  
**§ 341(a) Meeting Date:** 10/24/2016  

**For Period Ending:** 02/14/2018  
**Claims Bar Date:** 01/23/2017

02/14/2018  
Date

/s/Sandra K. McBeth  
Sandra K. McBeth

Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 9:16-BK-10922 | Trustee Name: | Sandra K. McBeth (007780) |
|---|---|---|---|
| Case Name: | CHINACODE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6643 | Account #: | ******5400 Checking |
| For Period Ending: | 02/14/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/10/16 | {7} | John Muse | Deposit for purchase of real property | 1110-000 | 100,000.00 |  | 100,000.00 |
| 10/12/16 | {8} | Sandpiper Property Management | Rents from property management | 1222-000 | 7,601.38 |  | 107,601.38 |
| 10/12/16 |  | Fidelity National Title | Purchase of real property by John Muse |  | 164,590.33 |  | 272,191.71 |
|  | {7} | John Muse | Purchase of 3250-3282 Via Real, Carpinteria $6,050,000.00 | 1110-000 |  |  | 272,191.71 |
|  |  | Bulldog Brokers, Inc | Seller Agent Commission -$307,500.00 | 3510-000 |  |  | 272,191.71 |
|  |  | Fidelity National Title | Escrow Fees -$9,332.50 | 2500-000 |  |  | 272,191.71 |
|  |  | Fidelity National Title | Title Fees -$5,759.00 | 2500-000 |  |  | 272,191.71 |
|  |  | Lone Oak Fund | First Mortgage -$4,220,461.54 | 4110-000 |  |  | 272,191.71 |
|  |  | United Securities (USI) | Second Mortgage -$1,112,602.12 | 4110-000 |  |  | 272,191.71 |
|  |  | Employment Development Department | EDD tax lien -$2,210.00 | 4800-000 |  |  | 272,191.71 |
|  |  | County of Santa Barbara | County Property Tax -$202,933.26 | 4700-000 |  |  | 272,191.71 |
|  |  | County of Santa Barbara | County Taxes -$24,611.25 | 4700-000 |  |  | 272,191.71 |
| 10/25/16 | {1} | Wells Fargo Bank | Turnover of DIP account | 1129-000 | 0.33 |  | 272,192.04 |
| 10/25/16 | {11} | Wells Fargo Bank | Turnover of DIP account | 1290-010 | 70.63 |  | 272,262.67 |
| 10/31/16 | {8} | Sandpiper Property Management | Rents from property management | 1222-000 | 5,443.88 |  | 277,706.55 |
| 10/31/16 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 226.04 | 277,480.51 |
| 11/07/16 | {9} | MarBorg Industries | Utility Refund | 1290-000 | 230.32 |  | 277,710.83 |
| 11/17/16 | 101 | Carpinteria Valley Water District | Account #**-***22-04 Final bill for 3282 Via Real; paid per Order entered 11/17/16 | 2500-000 |  | 255.84 | 277,454.99 |
| 11/17/16 | 102 | Carpinteria Valley Water District | Account #**-****44-06 Final bill for 3250 Via Real; paid per Order entered 11/17/16 | 2500-000 |  | 2,027.50 | 275,427.49 |
| 11/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 423.54 | 275,003.95 |
| 12/01/16 | {5} | Southern California Edison | Utility refund | 1129-000 | 153.53 |  | 275,157.48 |

Page Subtotals: $278,090.40    $2,932.92

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 9:16-BK-10922 | Trustee Name: | Sandra K. McBeth (007780) |
|---|---|---|---|
| Case Name: | CHINACODE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6643 | Account #: | ******5400 Checking |
| For Period Ending: | 02/14/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/06/16 | {10} | LONE OAK FUND, LLC | Money held in suspense by lender | 1290-000 | 25,979.17 | | 301,136.65 |
| 12/07/16 | {10} | USI SERVICING INC / FIRST REPUBLIC BK | Money held in suspense by lender | 1290-000 | 17,182.33 | | 318,318.98 |
| 12/20/16 | {9} | Southern California Gas Company | Utility refund | 1290-000 | 104.43 | | 318,423.41 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 443.44 | 317,979.97 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 487.77 | 317,492.20 |
| 02/13/17 | 103 | International Sureties LTD | BOND PREMIUM PAYMENT AS OF 02/03/2017, BOND PREMIUM NO. *****0867 PER GENERAL ORDER 00-01 | 2300-000 | | 25.89 | 317,466.31 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 426.21 | 317,040.10 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 471.21 | 316,568.89 |
| 04/05/17 | 104 | International Sureties LTD | Bond Premium Payment as of 4/4/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 32.62 | 316,536.27 |
| 04/25/17 | 105 | Franchise Tax Board | 2016 Corporate Tax Return, Form 100 for Chinacode, Inc, Tax ID #**-***6643. PER ORDER ENTERED 4/25/17 **CHECK VOIDED - FTB returned having already been paid.** Voided on 06/28/2017 | 2820-000 | | 824.00 | 315,712.27 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 424.95 | 315,287.32 |
| 05/02/17 | 106 | International Sureties LTD | Bond Premium Payment as of 5/2/17, Bond Premium payment No. *****0867, paid per General Order 00-01 | 2300-000 | | 10.16 | 315,277.16 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 500.13 | 314,777.03 |
| 06/28/17 | 105 | Franchise Tax Board | 2016 Corporate Tax Return, Form 100 for Chinacode, Inc, Tax ID #**-***6643. PER ORDER ENTERED 4/25/17 **CHECK VOIDED - FTB returned having already been paid.** Voided: check issued on 04/25/2017 | 2820-000 | | -824.00 | 315,601.03 |
| 08/15/17 | 107 | Sandra K. McBeth | Case #16-10922 - Trustee Compensation paid per Order entered 8/15/17 | 2100-000 | | 194,765.14 | 120,835.89 |
| 08/15/17 | 108 | Sandra K. McBeth | Case #16-10922 - Trustee Expenses paid per Order entered 8/15/17 | 2200-000 | | 838.50 | 119,997.39 |

Page Subtotals:    $43,265.93    $198,426.02

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 9:16-BK-10922 | Trustee Name: | Sandra K. McBeth (007780) |
|---|---|---|---|
| Case Name: | CHINACODE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6643 | Account #: | ******5400 Checking |
| For Period Ending: | 02/14/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/17 | 109 | Griffith & Thornburgh, LLP | Case #16-10922 - Attorney for Trustee Fees (Other Firm) paid per Order entered 8/15/17 | 3210-000 |  | 43,589.50 | 76,407.89 |
| 08/15/17 | 110 | Griffith & Thornburgh, LLP | Case #16-10922 - Attorney for Trustee Expenses (Other Firm) paid per Order entered 8/15/17 | 3220-000 |  | 2,837.23 | 73,570.66 |
| 08/15/17 | 111 | M. Kathleen Klein, CPA | Case #16-10922 - Accountant for Trustee Fees (Other Firm) paid per Order entered 8/15/17 | 3410-000 |  | 1,340.00 | 72,230.66 |
| 08/15/17 | 112 | M. Kathleen Klein, CPA | Case #16-10922 - Accountant for Trustee Expenses (Other Firm) paid per Order entered 8/15/17 | 3420-000 |  | 72.10 | 72,158.56 |
| 08/15/17 | 113 | Office of the US Trustee | Case #16-10922 - United States Trustee Quarterly Fees, paid per Order entered 8/15/17 | 2950-000 |  | 325.00 | 71,833.56 |
| 08/15/17 | 114 | Hollister & Brace | Case #16-10922 - Attorney for DIP Fees (Admin - prior Ch 11) paid per Order entered 8/15/17 | 6210-160 |  | 31,735.50 | 40,098.06 |
| 08/15/17 | 115 | Hollister & Brace | Case #16-10922 - Attorney for DIP Expenses (Admin - prior Ch 11) paid per Order entered 8/15/17 paid per Order entered 8/15/17 | 6220-170 |  | 2,342.45 | 37,755.61 |
| 08/15/17 | 116 | Sandpiper Property Managementc/o Rolando Vega | Case #16-10922 - Dividend paid 100.00% on Priority Claim 5P paid per Order entered 8/15/17 Voided on 08/15/2017 | 5600-000 |  | 2,500.00 | 35,255.61 |
| 08/15/17 | 116 | Sandpiper Property Managementc/o Rolando Vega | Case #16-10922 - Dividend paid 100.00% on Priority Claim 5P paid per Order entered 8/15/17 Voided: check issued on 08/15/2017 | 5600-000 |  | -2,500.00 | 37,755.61 |
| 08/15/17 | 117 | Sandpiper Property ManagementManuel Fuentes | Case #16-10922 - Dividend paid 100.00% on Priority Claim 6 paid per Order entered 8/15/17 Voided on 08/15/2017 | 5600-000 |  | 1,450.00 | 36,305.61 |
| 08/15/17 | 117 | Sandpiper Property ManagementManuel Fuentes | Case #16-10922 - Dividend paid 100.00% on Priority Claim 6 paid per Order entered 8/15/17 Voided: check issued on 08/15/2017 | 5600-000 |  | -1,450.00 | 37,755.61 |
| 08/15/17 | 118 | MANUEL VEGA | Case #16-10922 - Dividend paid 100.00% on Priority Claim 7-3 paid per Order entered 8/15/17 | 5600-000 |  | 1,450.00 | 36,305.61 |
| 08/15/17 | 119 | VICTOR COLIN | Case #16-10922 - Dividend paid 100.00% on Priority Claim 8 paid per Order entered 8/15/17 | 5600-000 |  | 1,375.00 | 34,930.61 |
| 08/15/17 | 120 | SALOMON GARCIA | Case #16-10922 - Dividend paid 100.00% on Priority Claim 9 paid per Order entered 8/15/17 | 5600-000 |  | 1,375.00 | 33,555.61 |
| 08/15/17 | 121 | Internal Revenue Service | Case #16-10922 - Dividend paid 100.00% on Priority Claim 1P-5 paid per Order entered 8/15/17 | 5800-000 |  | 19,812.59 | 13,743.02 |

Page Subtotals: $0.00    $106,254.37

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 9:16-BK-10922 | Trustee Name: | Sandra K. McBeth (007780) |
|---|---|---|---|
| Case Name: | CHINACODE, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6643 | Account #: | ******5400 Checking |
| For Period Ending: | 02/14/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/17 | 122 | Employment Development Department | Case #16-10922 - Dividend paid 100.00% on Priority Claim 2P paid per Order entered 8/15/17 **CHECK VOIDED AS CREDITOR ALREADY PAID. Funds to be redistributed** Voided on 08/24/2017 | 5800-000 | | 2,210.00 | 11,533.02 |
| 08/15/17 | 123 | Internal Revenue Service | Case #16-10922 - Dividend paid 100.00% on Unsecured Claim 1U-5 paid per Order entered 8/15/17 | 7100-000 | | 6,163.26 | 5,369.76 |
| 08/15/17 | 124 | Employment Development Department | Case #16-10922 - Dividend paid 100.00% on Unsecured Claim 2U paid per Order entered 8/15/17 | 7100-000 | | 1,419.76 | 3,950.00 |
| 08/15/17 | 125 | Rolando Vega | Dividend paid 100% in Priority Claim 5P, paid per Order entered 8/15/17 | 5600-000 | | 2,500.00 | 1,450.00 |
| 08/15/17 | 126 | Manuel Fuentes | Dividend paid 100% in Unsecured Claim 6, paid per Order entered 8/15/17 | 5600-000 | | 1,450.00 | 0.00 |
| 08/24/17 | 122 | Employment Development Department | Case #16-10922 - Dividend paid 100.00% on Priority Claim 2P paid per Order entered 8/15/17 **CHECK VOIDED AS CREDITOR ALREADY PAID. Funds to be redistributed** Voided: check issued on 08/15/2017 | 5800-000 | | -2,210.00 | 2,210.00 |
| 08/29/17 | 127 | CHINACODE, INC. | Case #16-10922 - SURPLUS paid per Order entered 8/15/17 Stopped on 11/28/2017 | 5800-000 | | 2,210.00 | 0.00 |
| 11/28/17 | 127 | CHINACODE, INC. | Case #16-10922 - SURPLUS paid per Order entered 8/15/17 Stopped: check issued on 08/29/2017 | 5800-000 | | -2,210.00 | 2,210.00 |
| 11/30/17 | 128 | U.S. Bankruptcy Court | Deposit of unclaimed dividends | 8200-001 | | 2,210.00 | 0.00 |
| | | **COLUMN TOTALS** | | | 321,356.33 | 321,356.33 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | **Subtotal** | | | 321,356.33 | 321,356.33 | |
| | | | Less: Payments to Debtors | | | 2,210.00 | |
| | | **NET Receipts / Disbursements** | | | **$321,356.33** | **$319,146.33** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 9:16-BK-10922 | **Trustee Name:** | Sandra K. McBeth (007780) |
| **Case Name:** | CHINACODE, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6643 | **Account #:** | ******5400 Checking |
| **For Period Ending:** | 02/14/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5400 Checking | $321,356.33 | $319,146.33 | $0.00 |
| | $321,356.33 | $319,146.33 | $0.00 |

02/14/2018                         /s/Sandra K. McBeth
_____                    _____
Date                               Sandra K. McBeth

**UST Form 101-7-TDR (10 /1/2010)**